**DISMISS; and Opinion Filed July 6, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00187-CV**

**IN THE INTEREST OF M.W., A CHILD**

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-21-01164**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Smith, and Breedlove
Opinion by Justice Smith

Stating that continuing this appeal would not be in her best legal interests and would not be supported by the law in the case, appellant has filed a motion for voluntary dismissal of this appeal. We **GRANT** the motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Craig Smith/
CRAIG SMITH
JUSTICE

230187F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF M.W., A
CHILD,

No. 05-23-00187-CV      V.

On Appeal from the 304th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. JC-21-01164.
Opinion delivered by Justice Smith.
Justices Partida-Kipness and
Breedlove participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 6th day of July 2023.